637 A.2d 264

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Todd Andrew MILLER, Respondent.

No. 5, Disciplinary Docket No. 3.
Nos. 31 DB 90 and 107 DB 91 Disciplinary Board.

Supreme Court of Pennsylvania.

Jan. 21, 1994.

*ORDER*

PER CURIAM:

AND NOW, this 21st day of January, 1994, upon consideration of the Report and Recommendations of the Disciplinary Board dated November 4, 1993, it is hereby

ORDERED that TODD ANDREW MILLER be and he is DISBARRED from the Bar of this Commonwealth, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.